# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
         Plaintiff,                  )
                                     )
    v.                             )    2:10-CR-393-GMN-PAL
                                     )
JONAS RANGEL,                        )
                                     )
         Defendant.                  )

## ORDER OF FORFEITURE

On October 20, 2011, defendant JONAS RANGEL pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Information and the Plea Memorandum. Docket #35, #37.

This Court finds that JONAS RANGEL shall pay a criminal forfeiture money judgment of $113,620.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JONAS RANGEL a criminal forfeiture money judgment in the amount of $113,620.00 in United States Currency.

**DATED** this 1st day of November, 2011.

_____
Gloria M. Navarro
United States District Judge